■ HILDA M. CARDY v. VERNON G. CARDY.— Motion for an order adding appeals to the June 1961 Term Calendar of this court denied. These are

nonenumerated appeals and defendant-appellant is directed to perfect them for a Nonenumerated Calendar not later than September 26, 1961. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.